Case 4:14-cv-01845 Document 16 Filed in TXSD on 03/03/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY JOHN HENRY, | § | |
| (TDCJ-CID #1719613) | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1845 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER DENYING MOTION FOR RELIEF FROM FINAL JUDGMENT**

Bobby John Henry, a Texas prisoner serving a sentence for a conviction for burglary of a habitation, sought habeas relief, alleging ineffective assistance of trial counsel in failing to investigate a statement made by the complainant in the criminal case. Henry asserted that this was exculpatory evidence. In May 2015, this court granted the respondent's motion for summary judgment and dismissed the case with prejudice, finding no basis for relief. The court also denied a certificate of appealability. Henry filed this motion to grant relief from the judgment under Rule 60(b)(3), (4), and (6) in February 2016. (Docket Entry No. 12). He challenges the state habeas court's failure to hold an evidentiary hearing on his habeas application. Henry asserts that the hearing would have allowed him to establish actual innocence.

A review of the pleadings, motion, record, and applicable law shows no basis for reconsideration. Henry has not shown newly discovered evidence that he could not have presented earlier, showing fraud on the state trial or habeas courts, a void judgment, or other basis justifying relief. (Rules 60(b)(3),(4), and (6)). Nor has Henry shown a change in the applicable law, or other

grounds that were not raised earlier in this habeas proceeding. The court has considered and rejected his arguments as a basis for habeas relief. The arguments do not present a basis for relief from the judgment denying that relief.

The motion for relief from judgment, (Docket Entry No. 12), is denied. A Letter/Motion asking for an extension of time, (Docket Entry No. 13), is denied as moot; the court allowed the time Henry asked the court to provide.

SIGNED on March 3, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge